UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| SEASCAPE SHIPPING & TRADING, LLC | : | 20-Cv-9620 (SHS) |
| Petitioner, | : | |
| -v- | : | <u>ORDER</u> |
| METALEX 2000 S.A., | : | |
| Respondent. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court having received petitioner's letter dated February 8, 2021 [Doc. No. 15],

IT IS HEREBY ORDERED that:

1. Petitioner is relieved from the requirement of personal service of process upon Ms. Velez; and

2. If petitioner wishes to move for a default judgment, it shall do so on notice to respondent, returnable at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A, on or before March 31, 2021. The motion shall contain the following: (1) the notice of motion, (2) an affidavit by the attorney regarding what efforts they have made to contact respondent, (3) the Clerk of Court's Certificate of Default, (4) the claim to which no response has been made, and (4) a proposed judgment. Petitioner is referred to this Court's Individual Rules of Practice (https://www.nysd.uscourts.gov/hon-sidney-h-stein) regarding motions for entry of a default judgment. Petitioner is further ordered to serve respondent with a copy of this order.

Dated: New York, New York
       February 10, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.