**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

SEASCAPE SHIPPING & TRADING, LLC,

                Petitioner,                  20 **CIVIL** 9620 (SHS)

       -against-                      **JUDGMENT**

METALEX 2000 S.A.,

                Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2021, Seascape's petition to confirm its July 15, 2020 arbitration award against respondent Metalex in the amount of $952,508.35, plus interest as provided for in the award, is granted.

**Dated**: New York, New York
         March 19, 2021

                                        **RUBY J. KRAJICK**
                                        _____
                                          Clerk of Court
                    BY:
                                          **Deputy Clerk**