UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEACAPE SHIPPING & TRADING, LLC,<br><br>         Petitioner,<br> -against-<br><br>METALEX 2000, S.A.,<br><br>         Respondent. | 20-cv-9620 (SHS)(RWL)<br><br>AMENDED JUDGMENT |

  It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated March 19, 2021, Seacape's petition to confirm its July 15, 2020, arbitration award against respondent Metalex in the amount of $952,508.35, plus interest as provided for in the award, is granted.

  It is hereby further ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 9, 2021, the name of Petitioner in the caption in the Judgment issued on March 19, 2021 (DE 28), is corrected and the caption herein is corrected to state the petitioner's correct name as "Seacape Shipping & Trading, LLC."

Dated: New York, New York
   June 9, 2021

                   RUBY J. KRAJICK

                   Clerk of Court

            By: *K. Mango*

                   Deputy Clerk